IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN LEWIS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-3019 |
| | : | |
| OVERBROOK SCHOOL FOR THE BLIND, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of March 2022, upon consideration of Defendants' Motion to Dismiss (ECF No. 5) and Plaintiff's Response in Opposition (ECF No. 6), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED IN PART AND DENIED IN PART**.[1] Specifically, the motion to:

1. Dismiss Defendants Sean Waters and Terri Davis from this suit is **GRANTED** and Mr. Waters and Ms. Davis are **DISMISSED WITH PREJUDICE**;

2. Dismiss Plaintiff's discrimination claims under Title VII of the Civil Rights Act, 42 U.S.C. § 1981, the Age Discrimination in Employment Act, and the Pennsylvania Human Relations Act is **GRANTED** and these claims are **DISMISSED WITH PREJUDICE**;

3. Dismiss Plaintiff's retaliation and hostile work environment claims under Title VII of the Civil Rights Act, 42 U.S.C. § 1981, the Age Discrimination in Employment Act, and the Pennsylvania Human Relations Act is **DENIED**; and

---

[1] This Order accompanies the Court's Memorandum Opinion dated March 22, 2022.

4. Dismiss Defendant Patricia Gooding from this suit is **DENIED**.

**IT IS FURTHER ORDERED THAT** Defendants' initial Motion to Dismiss (ECF No. 3) is **DENIED AS MOOT**.

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**